# FEDERAL DEFENDERS

**MIDDLE DISTRICT OF ALABAMA**
**FEDERAL DEFENDER PROGRAM, INC.**
**817 SOUTH COURT STREET**
**MONTGOMERY, AL 36104**
**TELEPHONE (334) 834-2099**
**FACSIMILE (334) 834-0353**
**Website: www.almfd.org**

**CHRISTINE A. FREEMAN**
**Executive Director**


December 21, 2011

**BY HAND DELIVERY**
Honorable Susan Russ Walker
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104

2:11cm2316-SRW

Re: Michael Smith and ***REQUEST TO SEAL***

Dear Judge Walker:

We have been contacted by Jerusha Adams, Assistant U.S. Attorney, and Patricia Sumner, an attorney from the Civil Rights Division of the U.S. Department of Justice, with the enclosed letter.

The letter states that Mr. Smith is the target of a pending investigation. The government has contacted us, stating that it wishes to interview Mr. Smith. Mr. Smith is presently charged with murder in state court; those charges are related to the same matter. He has made bond and has appointed counsel in that case.

Mr. Smith asks that counsel be appointed to represent him in this federal investigation. Mr. Smith's financial affidavit is enclosed. Please let us know if you need additional information. To my knowledge, our office does not have a conflict in this case and could accept representation. A material witness/potential codefendant has already had a CJA counsel appointed.

I am aware that it is the Court's practice to treat a letter requesting appointment as a motion, and, if the motion is granted, to file the letter and financial affidavit in the "CM" case docket. **Please note that the government has requested that this request and the government's target letter be *sealed.* I also request that the financial affidavit be *sealed.***

Sincerely,

Christine A. Freeman

caf/lc
cc: Jerusha Adams, Esq., Patricia Sumner, Esq.

**U.S. Department of Justice**

Civil Rights Division

*Criminal Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*

December 13, 2011

Christine A. Freeman, Esq.
Executive Director
Office of the Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104

In re: Federal Criminal Civil Rights Investigation

Dear Ms. Freeman,

The Department of Justice has been investigating incidents of excessive force that occurred at Ventress Correctional Facility, including an incident that occurred on August 4, 2010, involving an inmate named Rocrast Mack. Michael A. Smith is a target of that investigation, which has now reached the point at which federal criminal charges may be brought against him. The charges may include deprivation of civil rights, obstruction of justice, and making false statements to federal agents.

It is our understanding that your office will assist Mr. Smith in obtaining an attorney. I have enclosed a financial affidavit for Mr. Smith to complete. As we discussed, we would appreciate it if your office would submit a letter to the court requesting appointment of an attorney for Mr. Smith under seal.

If you have any questions, please contact me at 410-419-3499.

Sincerely,

Patricia A. Sumner

RECEIVED
DEC 14 2011
Initial: BKS